UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAILA ABDI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-1223 |
| ) | Judge Echols |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This is an action in which Plaintiff alleges Defendant unduly delayed her application for naturalization. The Magistrate Judge has entered a Report and Recommendation ("R & R") (Docket Entry No. 12) in which he recommends Defendant's Motion to Dismiss (Docket Entry No. 7) be granted and that this action be dismissed without prejudice for lack of subject-matter jurisdiction. Plaintiff, pro se, has filed no objection to the R & R, even though she was informed in the R & R that any objection needed to be filed within ten days of receipt of the R & R. (Id. at 5).

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b). In this case, after reviewing the entire record, the Court finds that the Magistrate Judge was correct in determining that Defendant's Motion to Dismiss should be granted because the record shows the United States Citizenship and Immigration Services ("USCIS") did, in fact, deny Plaintiff's application for naturalization more than three years before she filed suit in this Court, the Service had "made a determination" as required by law, and, therefore, there was no undue delay as alleged by Plaintiff.

1

Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket Entry No. 12) is hereby ACCEPTED and APPROVED;

(2) Defendant's Motion to Dismiss (Docket Entry No. 7) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE